THOMAS KELLEY, 553977
*(full name/prisoner number)*
K.C.P.S. BLDG. - PO BX 9000
5500 N. GOVT. WAY
COEUR D'ALENE, ID. 83816
*(complete mailing address)*

U.S. COURTS
MAY 20 2015
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

THOMAS MICHAEL KELLEY,
*(full name)*
    Plaintiff,

v.

PUBLIC DEFENDER'S OFFICE OF
KOOTENAI COUNTY, IDAHO
AND DANIAL COOPER, CONFLICT
DUPETY PUBLIC DEFENDER,

    Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No. 2:15-CV-171-REB
*(to be assigned by Court)*

PRISONER COMPLAINT

Jury Trial Requested: ☒ Yes   ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under: *(check all that apply)*:

☒ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
☐ Other federal statute *(specify)* _____; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is THOMAS KELLEY. I am a citizen of the State of IDAHO, presently residing at 5500 N. GOVT. WAY, COEUR D'ALENE, IDAHO.

PRISONER COMPLAINT - p. 1_                                        *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **COUNTY PUBLIC DEFENDER AND** , who was acting as **SUPERVISOR AND LAWYER**
   (defendant) **DANIAL COOPER.** (job title, if a person; function, if an entity)

   for the **STATE OF IDAHO, COUNTY OF KOOTENAI** .
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **MARCH TILL THIS 15th DAY** , Defendant did
   (dates) **OF MAY, 2015**

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   **WAS APPOINTED CONFLICT PUBLIC DEFENDER, DANIAL COOPER AS ATTORNEY TO HANDLE PRESENT CRIMINAL CHARGES AGAINST ME. HE IS MORE INTERESTED IN HELPING THE STATE SCORE PLEA BARGIN, THEN HELP ME FIGHT THESE CASES. SINCE MARCH 2015 I HAVE BEEN TRYING TO FIRE HIM AS COUNSEL AND GO PRO SE. HE SHORT STOPS ALL MY MOTIONS AND WRITS AND LETS THEM SIT TO COLLECT DUST BY DOING NOTHING. HAVE ASKED PUBLIC DEFENDER SUPERVISOR, IDAHO STATE BAR, AND DANIAL COOPER NUMERIOUS TIMES TO LET ME PROCEED PRO-SE PER FARETTA VS. CALIF. SHOWEN MR. COOPER IS INEFFECTIVE TO MEET BOTH PRONGS OF STRICKLAND VS. WASH. BECAUSE I WANT PRO-SE, THEY SAY I AM CRAZY AND PUTTING ME IN MENTAL HOSPITIAL, TOTALLY AGAINST MY CONSENT AND WILL.**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **U.S.C.A. #6 (ALL SAID IN ADMEND.6), (EFFECTIVE ASSISTANCE OF COUNSEL OR IN THIS CASE RIGHT TO INVESTIGATOR AND PARALEGAL). U.S.C.A. #8 RIGHT TO REASONABLE BAIL. PRESENT HIGH BAIL IS A DETENTION HOLD. U.S.C.A. #14 ALL RIGHTS MENTIONED IN THAT ADMENDMENT. THEY KNOW I CAN NOT POST THAT BAIL.**

4. I allege that I suffered the following injury or damages as a result: **LOSS OF FREEDOM, PERSONAL PROPERTY, ACCESS TO THE COURTS/CLERK SENDING ALL CORRSPONDENCE TO DANIAL COOPER, WHO IN FACT INTERCEPTS IT FROM GETTING TO THE JUDGE). BAIL REVIEW REQUESTS BEING IGNORED. BEING SENT TO MENTAL INSTITUTION AGAINST MY WILL. IT GOES BEYOND MY RIGHT TO FAST AND SPEEDY TRIAL. ALSO HAS CAUSED A LOT OF AGGREVATION, STRESS, AND MENTAL FRUSTRATION.**

5. I seek the following relief: **DISMISS IDAHO CHARGE → CASE NO. CR-F14-11780 AND $2,000. TO COVER MY LOSSES AND GET BACK ON MY FEET ONCE RELEASED. AT THE VERY LEAST, ORDER DANIAL COOPER OFF MY CASE AND MY RIGHTS RESPECTED.**

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*. **AND DEFENDANT COVER COURT AND FILING COSTS OF THIS WRIT.**

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   **NUMERIOUS LETTERS AND WITNESSED KITES, TO DAN COOPER, PUBLIC DEFENDER'S OFFICE AND IDAHO STATE BAR. THIS WRIT IS EVIDENCE THE ABOVE HAS NOT BEEN ACTED ON.**

PRISONER COMPLAINT - p. 2 (Rev. 10/24/2011)

### D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ✓ do not ○ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: TUTER TO HELP ME RESEARCH CASE LAW. AM COMPUTER ILLITERATE, TO USE JAIL LAW LIBRARY. FEEL MY CONSTITUTIONAL RIGHTS ARE FOR SURE IN FACT BEING VIOLATED AND DON'T HAVE LEGAL KNOWLEDGE TO EFFECTIVLEY GET FAST AND SPEEDY ACTION AND RELEASE.

### F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on MAY 16-15 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 05-16-15 *(date)*; OR *(specify other method)*

Executed at COEUR D'ALENE, IDAHO on MAY 16-15.
(Location)                                                   (Date)

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

I DON'T HAVE ANY MORE COMPLAINT FORMS. PLEASE PHOTOCOPY THIS AND SEND ME 1 COPY BACK. PLEASE. THE JAIL WILL NOT PHOTOCOPY, SINCE I DO NOT HAVE FUNDS TO PAY ANY FEES.

PRISONER COMPLAINT - p. 3   *(Rev. 10/24/2011)*